FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2004 JAN -5  A  ⋅  ⋅

DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
|     GARRY KLINGER | : | |
|         DEBTOR | : | 01-32463 LMW |
| | : | |
|     GARRY KLINGER | : | 3:01-cv-2311 CFD |
|         APPELLANT | : | |
| | : | |
| v. | : | |
| | : | |
| CAROLYN SCHWARTZ, U.S. TRUSTEE: | | |
| BARBARA H. KATZ, TRUSTEE | : | |
|         APPELLEES | : | DECEMBER 31, 2003 |

## MOTION TO RESCHEDULE HEARING

Barbara H. Katz, Chapter 7 Trustee and Appellee, respectfully moves this Court to reschedule the hearing it has scheduled for January 8, 2004 at 3:00 p.m. on her Motion to Dismiss Bankruptcy Appeal and in support thereof represents:

1. The undersigned is scheduled to conduct forty (40) meetings in New Haven pursuant to 11 U.S.C. §341(a) on January 8, 2004 which are not likely to be completed until the early afternoon. Thereafter, the undersigned has family matters to which she must attend and which can not be rescheduled.

2. It is the undersigned's understanding, based upon the last correspondence from the Appellant, that he is currently incarcerated by the State of Connecticut at the Osborne Correctional Institution, Somers, Connecticut, and, therefore, is also unavailable to attend the hearing scheduled for January 8, 2004.

3. The undersigned does not know how long the Appellant will be unavailable.

WHEREFORE, Barbara H. Katz, Trustee, respectfully moves this Court to reschedule the hearing set for January 8, 2004 at 3:00 on her Motion to Dismiss Appeal.

Dated at New Haven, Connecticut this 31st day of December, 2003.

Barbara H. Katz, Trustee
57 Trumbull Street
New Haven, Connecticut 06510-1004
(203) 772-4828
ct 06946

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| **GARRY KLINGER** | : | |
| **DEBTOR** | : | **01-32463 LMW** |
| | : | |
| **GARRY KLINGER** | : | **3:01-cv-2311 CFD** |
| **APPELLANT** | : | |
| | : | |
| vi. | : | |
| | : | |
| **CAROLYN SCHWARTZ, U.S. TRUSTEE** | : | |
| **BARBARA H. KATZ, TRUSTEE** | : | |
| **APPELLEES** | : | **DECEMBER 31, 2003** |

## CERTIFICATION OF SERVICE

Barbara H. Katz hereby certifies that a copy of the foregoing  was sent on the day of , 2003 by United States Mail, first class, postage prepaid on to the following:

Steven Mackey, Esq.
Attorney for the U.S. Trustee, Appellee
Office of the United States Trustee
One Century Tower
265 Church Street
Suite 1103
New Haven, Connecticut 06510-7016

Garry Klinger
Appellant
8814 Osborne Correctional Institution
P.O. Box 100
C – 24
Somers, Connecticut 06071

_____
Barbara H. Katz