UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE | : |
| | : |
|     GARRY KLINGER, | : |
|         Debtor-Appellant, | : |
| | : |
|     v. | : |
| | : Civil Action No. 3:01CV2311 (CFD) |
| CAROLYN SCHWARTZ, U.S. | : |
| TRUSTEE, et al. | : |
|         Appellees. | : |

## ORDER OF NOTICE TO PRO SE LITIGANT

On November 18, 2003, the appellee Barbara H. Katz, U.S. Trustee, filed a Motion to Dismiss Appeal [Doc. 16]. As of this date, the appellant has not responded to this motion.

The Court hereby gives express notice to the pro se appellant that "failure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion," Rule 7(a), D. Conn. L. Civ. R., and that if no opposition is filed within twenty (20) days of this notice, the defendants' motion will be granted.

The clerk is ordered to mail a copy of this Order to Garry Klinger, Prisoner # 88144, Osborn Correctional Institute, P.O. Box 100, Somers, CT 06071 and to Garry Klinger, P.O. Box 26511, West Haven, CT 06516.

SO ORDERED this 9th day of July 2004, at Hartford, Connecticut.

                                                                    /s/ CFD
                                                        **CHRISTOPHER F. DRONEY**
                                                        **UNITED STATES DISTRICT JUDGE**