United States District Court
District of Connecticut

In Re:

Garry Klinger
    Debtor-Appellant

v

Carolyn Schwartz
    US Trustee, et al
        Appellees

No: 3:01 cv 2311 (CFD)

15 July 2004

FILED 2004 JUL 21 A 11:42 U.S. DISTRICT COURT HARTFORD, CT

## Motion for Appointment of Counsel

Comes Debtor-Appellant and moves the Court appoint Counsel to assist him in prosecuting his appeal.

Debtor-Appellant is detained and confined at the State Prison Somers CT. He has been since 10 Sept '03 and will be till 3 Feb '06.

The constraints and restraints of confinement preclude him prosecution of his appeal without assistance.

The Debtor-Appellant <u>is</u> indigent.

Wherefore, Debtor-Appellant prays the Court is so moved.

_____
Garry Klinger, Debtor-Appellant
OCI
POB 100
Somers, CT 06071

## Certification

Copy hereof first class mail to;

Carolyn Schwartz, Esq
Office of The U.S. Trustee
265 Church St
New Haven CT 06510

Barbara Katz Esq
57 Trumbull St
New Haven CT 06510

_/s/ Gary Klinger_
Gary Klinger

## ORDER

A motion having been made to this Court for Appointment of Counsel and being heard it is, hereby;

ORDERED:

Granted / ~~Denied~~

Counsel is Appointed To Assist Debtor Appellant in the Prosecution of his Appeal.

By The Court

_____, U.S.D.C.J.

Dated at Hartford ____ July 2004