UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE | : CHAPTER 7 |
| GARRY KLINGER | : |
| DEBTOR | : 01-32463 LMW |
| | : |
| GARRY KLINGER | : 3:01-CV-2311 CFD |
| APPELLANT | : |
| | : |
| v. | : |
| | : |
| CAROLYN SCHWARTZ, U.S. TRUSTEE | : |
| BARBARA H. KATZ, TRUSTEE | : |
| APPELLEES | : JULY 9, 2004 |

## MOTION REQUESTING HEARING

Barbara H. Katz, Chapter 7 Trustee and Appellee, respectfully moves this Court to schedule a hearing on her Motion To Dismiss Appeal (Docket No. 16) dated November 18, 2003.

Dated at New Haven, Connecticut this 9th day of July, 2004.

Barbara H. Katz, Trustee
57 Trumbull Street
New Haven, Connecticut 06510
(203) 772-4828
ct06946

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE | : CHAPTER 7 |
|    GARRY KLINGER | : |
|       DEBTOR | : 01-32463 LMW |
| | : |
|    GARRY KLINGER | : 3:01-CV-2311 CFD |
|       APPELLANT | : |
| | : |
| V. | : |
| | : |
| CAROLYN SCHWARTZ, U.S. TRUSTEE | : |
| BARBARA H. KATZ, TRUSTEE | : |
|       APPELLEES | : JULY 9, 2004 |

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion Requesting Hearing was mailed, postage pre-paid to the following on the 9th day of July, 2004.

Steven Mackey, Esq.
Office of the U.S. Trustee
265 Church Street
Suite 1103
New Haven, Ct 06510-7016
Attorney for the U.S. Trustee, Appellee

Garry Kinger
8814 Osborne Correctional Institution
P.O. Box 100
C-24
Somers, Ct 06071
Appellant

_____
Barbara H. Katz