UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GARRY KLINGER :

v. : CASE NO. 3:01cv2311 (CFD)

CAROLYN SCHWARTZ, :
U.S. Trustee
BARBARA KATZ

### JUDGMENT

This action having come on for consideration of the defendant's Motion to Dismiss before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its Order granting the motion, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 4th day of October, 2004.

KEVIN F. ROWE, Clerk

By _____
Devorah Johnson
Deputy Clerk

EOD_____